82,613-02

## NOTICE OF CHANGE OF ADDRESS

### Case No: *WR-82. 613-01 & WR-82.613-02*

**Court of Criminal Appeals**
**P.O. Box 12308 Austin, Texas 78711**

I, _James L. Kelley TDC3# 1894193_ hereby gives notice to the clerk of court within the above mention cases are open &/or pending of the following change of prison confinement location.

As of January 23, 2015, I have been transferred from TDCJ Byrd Unit in Huntsville, TX to TDCJ

**Ellis Unit**
**1697 FM 980,**
**Huntsville, TX 77343.**

*James L. Kelley*

**RECEIVED IN**
COURT OF CRIMINAL APPEALS

JAN 27 2015

Abel Acosta, Clerk

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 26 2015

Abel Acosta, Clerk